UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EVEREST REINSURANCE COMPANY, | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:24-CV-0756-X |
| v. | § § | |
| BRADLEY COX, COX OIL LLC, and COX INVESTMENT PARTNERS, LP, | § § § § | |
| *Defendants.* | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant Bradley Cox's Rule 12(b)(6) motion to dismiss Everest Reinsurance Company's (Everest) claims. (Doc. 36). The Court does not look kindly on briefing that flaunts the local rules[1] and misleads the Court.[2] Having reviewed the motion, the applicable law, and Everest's complaint, the Court **DENIES** the motion to dismiss.

**IT IS SO ORDERED** this 15th day of May, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 7.2(c) limits briefs for motions to dismiss to twenty-five pages, and shoehorning argument into the motion itself does not circumvent the rule.

[2] Twice, Cox quotes from the contracts underlying the complaint and omits language that directly refutes his point. Doc. 36 ¶ 20 (omitting pertinent language from sections 1 and 3 of the Agreement of Indemnity).

1